IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 04-cv-02357-LTB-MJW

CAROLINE ALLEN,

Plaintiff(s),

v.

METRO LIFE INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Defendant's Motion for Leave to Appear by Telephone, filed with the Court on February 1, 2006, (DN 31), is DENIED. The parties shall appear in person for the settlement conference set on March 17, 2006, at 10:30 a.m.

Date: February 2, 2006